```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

        v.                        Criminal No.
                                            13-cr-23-01-PB

<u>Christian Gonzalez</u>

                                    <u>ORDER</u>

     Re: Document No. 10, Motion to vacate sealed order and for release of defendant

     Ruling: I remand the matter to the Magistrate Judge for a determination as to whether any representations in the motion would cause him to reconsider his decision. In remanding the matter, I do not mean to suggest that prior order should be revised. Instead, I intend merely to give the Magistrate Judge the opportunity to determine whether any of the new information included in the motion would affect his ruling.


Date:  April 25, 2013         /s/ Paul Barbadoro
                                     Paul Barbadoro
                                       United States District Judge


Cc:   Counsel of Record
      US Probation
      US Marshal